thereat. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

ANTHONY PRATTELLO, Appellant, .v. DONATO PADREVITA, Respondent.— On argument, judgment of the City Court of Yonkers reversed on the facts and a new trial ordered, costs to the appellant, unless respondent, within five days from the entry of the order herein, stipulate that the judgment be increased to $1,000; in which event the judgment, as so modified, is unanimously affirmed, without costs. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY SANTERELLO, Appellant.— Appeal dismissed. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

ANDREW ANDERSEN, Respondent, v. WILLIAM KENNEDY CONSTRUCTION COMPANY, Defendant, and HUBBARD-FLOYD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

BANKERS TRUST COMPANY, as Trustee, Respondent, v. NEW YORK AND QUEENS COUNTY RAILWAY COMPANY and Others, Defendants; HANNA DEANE and JOHN F. DEANE, Appellants.— On consent, order of reference of October 6, 1931, as amended by order of October 21, 1931, reversed, with ten dollars costs and disbursements, and motion for order of reference denied, with ten dollars costs. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

BOND AND MORTGAGE GUARANTEE COMPANY, Respondent, v. PAUL A. BOGOSSIAN, Appellant, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

REBECCA G. BOWEN, Respondent, v. PAUL A. HORGAN, as Residuary Legatee, etc., of ALPHONSUS L. POOLE, Deceased, etc., and Others, Defendants; DINA K. POOLE, Respondent, and SAMUEL GOLDING and PHILIP KANTER, Assignees of Purchaser, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

PATRICK J. CORCORAN, Respondent, v. TOMPKINS BUS CORPORATION, Appellant. (Appeal No. 1.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

PATRICK J. CORCORAN, Respondent, v. TOMPKINS BUS CORPORATION, Appellant. (Appeal No. 2.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Lazansky, P. J., Young, Hagarty and Carswell, JJ., concur; Kapper, J., dissents.

FRANCIS E. DE RAISMES, Respondent, v. HAROLD L. R. THOMAS and AMERICAN SURETY COMPANY OF NEW YORK, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

HARRY GOLDBERG and ARTHUR LEVITT, Copartners, Engaged in the Practice of Law under the Firm Name and Style of GOLDBERG & LEVITT, Appellants, v. SAMUEL KELLER, Respondent— Motion for reargument granted, and on reargu-